■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXANDER EDISON, Appellant. — Judgment, Supreme Court, New York County (C. Scott, J.), rendered February 4, 1982, convicting defendant on his plea of guilty of robbery in the first degree, is unanimously affirmed. As defendant pleaded guilty three days before the decision of his motion to suppress statements, it is apparent that the court's decision denying the motion to suppress could in no way have been a factor in defendant's decision to plead guilty. Thus, whether the denial of the motion to suppress was right or wrong does not affect the validity of the plea. In the circumstances, it is unnecessary for us to consider whether the statements should have been suppressed. Concur — Asch, J. P., Silverman, Bloom, Lynch and Alexander, JJ.

■ NEW YORK BUS TOURS, INC., et al., Respondents, v CITY OF NEW YORK et al., Appellants. — Appeal from order and judgment (one paper), Supreme Court, Bronx County (Dorothy E. Kent, J.), entered on October 27, 1981, withdrawn, with prejudice, without costs and without disbursements and without attorney's fees. Concur — Kupferman, J. P., Ross, Fein and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES ROBINSON, Appellant. — Judgment, Supreme Court, New York County (George Roberts, J.), rendered on January 20, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Kupferman, J. P., Sandler, Sullivan, Fein and Milonas, JJ.

■ CAMERON K. WEHRINGER, Appellant, v ROOSEVELT ISLAND MGT. CORP. et al., Respondents. — Judgment, Supreme Court, New York County (Ira Gammerman, J.), entered on April 5, 1983, unanimously affirmed. Respondents shall recover of appellant $75 costs and disbursements of this appeal. The appeal from the order of said court, entered on March 25, 1983, is unanimously dismissed as having been subsumed in the appeal from the judgment. No opinion. Concur — Ross, J. P., Asch, Silverman, Bloom and Alexander, JJ.